# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 14-136 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| SHANE WALLACE MAY, | |
| Defendant. | |

_____

Julie Allyn, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the plaintiff.

Caroline Durham, 413 Wacouta Street, Suite 430, St. Paul, MN 55101, Lauren Campoli, 900 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, for defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is **ORDERED**:

That Defendant's Motion to Suppress Statements, [Docket No. 24], is **DENIED**.

Dated:  December 1, 2014          s/John R. Tunheim
at Minneapolis, Minnesota         JOHN R. TUNHEIM
                                  United States District Judge